UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WENDY WITT,
    Plaintiff,

v.                                                                Civil No. 3:22-CV-01489(KAD)

DARRYL STEFONSKI, RYAN J. ARMSTRONG, POWELL,
TOWN OF STONINGTON *C/o Stonington Police Department*
*doing business as* Stonington Police Dept, TOWN OF STONINGTON
*C/o Town of Stonington Body Corporate and Body Politic*
*doing business as* Stonington Police Dept,
    Defendants.

**JUDGMENT**

    This matter came on for consideration of Defendants' Motion to Dismiss [Doc. #22] before the Honorable Kari A. Dooley, United States District Judge. The Court has considered the full record of the case including applicable principles of law. On March 19, 2024, the Court issued a ruling granting the motion. Accordingly, the complaint is dismissed. It is therefore;

    ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the Defendants and the case is closed.

    Dated at Bridgeport, Connecticut, this 25th day of March 2024.

                                                DINAH MILTON KINNEY, Clerk
                                                <u>By: /s/ Kristen Gould</u>
                                                Kristen Gould
                                                Deputy Clerk

<u>EOD</u>: 3/25/2024